1  GEORGE A. ACERO  (SBN:  226709)
   GORDON & REES LLP
2  655 University Avenue, Suite 200
   Sacramento, CA  95825
3  Telephone:  (916) 565-2900
   Facsimile:  (916) 920-4402
4  gacero@gordonrees.com

5  Attorneys for Defendant
   NuVIEW FINANCIAL SERVICES LLC
6

7

8              UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11

12 | William E. Faulkender,           ) CASE NO. 2:12-CV-00022-MCE-GGH
                                     )
13 |              Plaintiff,          ) **CORPORATE DISCLOSURE**
                                     ) **STATEMENT**
14 |     vs.                          )
                                     )
15 | WELLS FARGO HOME MORTGAGE;       )
   | WELLS FARGO BANK, NA;            )
16 | NEW CENTURY MORTGAGE CORP.;      )
   | NuVIEW FINANCIAL SERVICES;       )
17 | AMERICA'S SERVICING COMPANY;     )
   | OCWEN                            )
18 | FIRST AMERICAN TE SERVICING;     )
   | NATIONWIDE POSTING AND           )
19 | PUBLICATIONS                     )
   | DOES 1-1000, Inclusive           )
20 |                                  )
   |              Defendants.         )
21 |                                  )

22     Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for

23 Defendant NuVIEW FINANCIAL SERVICES, LLC, a Delaware Corporation, hereby makes the

24 following corporate disclosure statement:

25 / / /

26 / / /

27 / / /

28 / / /

-1-
**CORPORATE DISCLOSURE STATEMENT**
**CASE NO. 2:12-CV-00022-MCE-GGH**

1  NuVIEW FINANCIAL SERVICES, LLC has no parent companies and no publicly held
2  corporation owns 10% or more of NuVIEW FINANCIAL SERVICES, LLC's stock.
3  Dated:  January 5, 2012                    GORDON & REES LLP
4
5                                             By:___/s/ George A. Acero_____
                                                   GEORGE A. ACERO
6                                              Attorneys for Defendant NuVIEW
                                               FINANCIAL SERVICES LLC
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
**CORPORATE DISCLOSURE STATEMENT**
**CASE NO. 2:12-CV-00022-MCE-GGH**

**CERTIFICATE OF SERVICE**

I am a citizen of the United States. My business address is 655 University Avenue, Suite 200, Sacramento, California 95825. I am employed in the City and County of Sacramento where this service occurs. I am over the age of 18 years and not a party to the within action. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On January 5, 2012, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**CORPORATE DISCLOSURE STATEMENT**

[ ]     CM/ECF System:  by presenting the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the parties listed below:

[**X**]     MAIL: I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California to the offices of the addressee(s) listed below:

[ ]     PERSONAL SERVICE: I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]     OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[ ]     BY FACSIMILE:  by transmitting by facsimile to the number(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

WILLIAM E. FAULKENDER                *Plaintiff in Pro Per*
700 Hawkcrest Circle
Sacramento, CA 95835
Tel:  (916) 821-5654

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 5, 2012, at Sacramento, California.

                     ___/s/ Rita P. Louton_____
                     RITA P. LOUTON

MGT/8011105/11439778v.1