IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM E. FAULKENDER,

    Plaintiff,                          CIV. NO. S-12-0022 MCE GGH PS

    vs.

NUVIEW FINANCIAL SERVICES, et al.,

    Defendants.                     ORDER

_____/

        Defendants NuView Financial Services and First American Trustee Servicing Solutions LLC's motions to dismiss presently are calendared for hearing on February 23, 2012. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motions. Accordingly, the court will not entertain oral argument, and will determine the motions on the record, including the briefing in support of the pending motions. See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The February 23, 2012 hearing on the motions to dismiss, filed January 10, 2012, is vacated; and

        2. The motions are submitted on the record.

DATED: February 15, 2012

                                    /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

GGH:076:Faulkender0022.vac.wpd